UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBEN SEGURA,<br><br>      Petitioner,<br><br>  v.<br><br>ALBERTO GONZALES, et al.,<br><br>      Respondents. | CASE NO. C07-312-RSL-MAT<br><br>ORDER GRANTING TEMPORARY STAY OF REMOVAL |

Petitioner, proceeding through counsel, has filed a "Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive" (Dkt. #1), pursuant to 28 U.S.C. § 2241, and a "Motion and Declaration for Order Staying Removal" (Dkt. #2). The Court does hereby ORDER:

(1) Petitioner's removal is temporarily STAYED pending briefing and a resolution of petitioner's motion for stay. The Court expresses no views at this time as to the merits of petitioner's habeas petition or motion for stay.

(2) Respondents shall file a response to petitioner's request for stay within 15 days of the entry of this Order.

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 1

1    (3) The Clerk shall direct a copy of this Order to all counsel of record, and shall forward

2    a copy of this Order to Judge Theiler.

3    DATED this 1st day of March, 2007.

                                                      s/ Marsha J. Pechman
                                                     MARSHA J. PECHMAN
                                                     United States District Judge

Recommended for Entry
this 1st of March, 2007.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 2