1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUBEN SEGURA,                                    )
                                                 )       CASE NO.  C07-312-RSL-MAT
11              Petitioner,                       )
                                                 )
12         v.                                     )       ORDER GRANTING
                                                 )       TEMPORARY STAY OF
13    ALBERTO GONZALES, et al.,                   )       REMOVAL
                                                 )
14              Respondents.                      )
                                                 )
15    _____)

16         Petitioner, proceeding through counsel, has filed a "Petition for Writ of Habeas Corpus

17    and Complaint for Declaratory and Injunctive" (Dkt. #1), pursuant to 28 U.S.C. § 2241, and a

18    "Motion and Declaration for Order Staying Removal" (Dkt. #2).  The Court does hereby

19    ORDER:

20         (1) Petitioner's removal is temporarily STAYED pending briefing and a resolution of

21    petitioner's motion for stay.  The Court expresses no views at this time as to the merits of

22    petitioner's habeas petition or motion for stay.

23         (2) Respondents shall file a response to petitioner's request for stay within 15 days of the

24    entry of this Order.

25

26

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 1

1        (3)  The Clerk shall direct a copy of this Order to all counsel of record, and shall forward

2        a copy of this Order to Judge Theiler.

3        DATED this <u>1st</u> day of March, 2007.

4

5                                                          s/ Marsha J. Pechman
                                                          MARSHA J. PECHMAN
                                                          United States District Judge
6

7    Recommended for Entry
     this <u>1st</u> of March, 2007.
8
     s/ Mary Alice Theiler
9    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING TEMPORARY STAY OF REMOVAL
PAGE – 2